UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-02067-RGK (AS) | Date | June 2, 2020 |
|---|---|---|---|
| Title | Jamar Meneese v. Rick Hill, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On March 3, 2020, Jamar Meneese ("Petitioner"), a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. (Docket Entry No. 1).

On April 16, 2020 (subsequent to the filing of Respondent's Notice of Appearance, see Docket Entry No. 4), Petitioner filed a First Amended Petition by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("First Amended Petition"). (Docket Entry No. 5).

On April 21, 2020, the Court screened the First Amended Petition and issued an Order Requiring the filing of a Second Amended Petition. (Docket Entry No. 6). (A copy of the Court's April 21, 2020 Order is attached.) The Court found the First Amended Petition deficient in that "the Court is unable to discern what claim(s) Petitioner intends to assert, because Petitioner has failed to specify any ground for relief or include any supporting facts in the body of the First Amended Petition and because Petitioner does not state in the First Amended Petition that his claim(s) are based on allegations contained in the attachment (see First Amended Petition at 5-7)." Id., at 1.

The Court ordered Petitioner to file, by no later than May 21, 2020, a Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Second Amended Petition") on the proper Central District of California form, a copy of which was provided to Petitioner. Id. Petitioner was instructed that the Second Amended Petition "shall be complete in itself, must not incorporate by reference any other pleading, and should set forth clearly each claim which Petitioner intends to raise in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-02067-RGK (AS) | Date | June 2, 2020 |
|---|---|---|---|

| Title | Jamar Meneese v. Rick Hill, Warden |
|---|---|

this proceeding and the factual bases for each claim." Id.

The Court's April 21, 2020 Order stated the following: "Petitioner is advised that his failure to comply with the above requirements may result in a recommendation that this action be dismissed for failure to comply with the Court's Order and/or for failure to prosecute pursuant to Fed.R.Civ.P 41(b)." Id. at 2 (citing to Pagtalunan v. Galaza, 291 F.3d 639 (9th Cir. 2002)).

To date, Petitioner has failed to file a Second Amended Petition, or request an extension of time to do so.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30)  days** of the date of this Order (by no later than **July 2, 2020**), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b).

Petitioner may discharge this Order by filing a Second Amended Petition which complies with the Court's April 21, 2020 Order, **or** a statement setting forth why he is unable to do so.

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders and/or for his failure to prosecute. See Fed.R. Civ. P. 41(b).**

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | | AF | |