**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR MENEESE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RICK HILL, Warden<br><br>　　　　Respondent. | Case No. CV 20-2067-RGK(AS)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　**IT IS ADJUDGED** that the Second Amended Petition is denied and dismissed with prejudice.

DATED: 11/8/2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE